# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In re:

Peggy Nestor,

                        Debtor.

------------------------------------------------------------------X

Marianne Nestor,

                        Appellant,                24 **CIVIL** 9250 (JHR) (SLC)

        -against-                                  **JUDGMENT**

Neil Berger,

                        Appellee.

------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 24, 2025, this action is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          July 25, 2025

                                                          **TAMMI M. HELLWIG**

                                                             **Clerk of Court**

                              **BY:**

                                                             **Deputy Clerk**